# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JASON DEAN BORDEN, ) | |
| ) | Case No. 3:20-cv-499 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge H. Bruce Guyton |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, the Clerk is **DIRECTED** to transfer this pro se prisoner's complaint to the Bowling Green Division of the United States District Court for the Western District of Kentucky and to close this Court's file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT